IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS CURTIS HINES, : | |
| AIS 118977, | |
| : | |
| Petitioner, | |
| : | |
| vs. | CA 11-0648-WS-C |
| : | |
| CYNTHIA WHITE, | |
| : | |
| Respondent. | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 24, 2012, is **ADOPTED** as the opinion of this Court.

**DONE** this 12th day of June, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE