## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| THOMAS CURTIS HINES,<br>AIS 118977, | : |
| | : |
| Petitioner, | : |
| | : |
| vs. | CA 11-0648-WS-C |
| | : |
| CYNTHIA WHITE, | : |
| | : |
| Respondent. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the present habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be dismissed with prejudice because the instant petition is an unauthorized second or successive habeas corpus application under 28 U.S.C. § 2244(b)(3)(A). Hines is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 12th day of June, 2012.

s/WILLIAM H. STEELE  
CHIEF UNITED STATES DISTRICT JUDGE
