IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS CURTIS HINES,<br>AIS 118977, | :<br>: |
| Petitioner, | : |
| vs. | :    CA 11-0648-WS-C |
| CYNTHIA WHITE, | :<br>: |
| Respondent. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the supplemental report and recommendation to which objection is made, the supplemental recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 11, 2012, is **ADOPTED** as the opinion of this Court.

**DONE** this 28th day of September, 2012.

                                        s/WILLIAM H. STEELE
                                        **CHIEF UNITED STATES DISTRICT JUDGE**