# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS CURTIS HINES,<br>AIS 118977, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | CA 11-0648-WS-C |
| | : | |
| CYNTHIA WHITE, | : | |
| | : | |
| Respondent. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's motion to reconsider the denial of a COA (Doc. 23), be and the same hereby is **DENIED**, as reasonable jurists could not find it debatable that Hines' first ground states a valid claim of the denial of a constitutional right. Hines is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 28th day of September, 2012.

> s/WILLIAM H. STEELE
> **CHIEF UNITED STATES DISTRICT JUDGE**